IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>            Defendant.<br>_____<br>ROGERS-QUINN CONSTRUCTION, INC., A California Corporation,<br><br>            Counter-Claimant,<br><br>      v.<br><br>SKANSKA USA BUILDING, INC., a Delaware Corporation,<br><br>            Counter-Defendant.<br>_____ | CIV. S-05-537 GEB GGH<br><br>ORDER |

On June 13, 2005, the parties filed a "Stipulation for Entry of Order Changing the Dates for 1) Opposition and Reply Papers on Skanska's Motion for Summary Judgment and Preliminary Injunction and 2) Submission of Evidence in Opposition to Movant's Undisputed

1  Statement of Facts" ("Stipulation").  The parties indicate that the
2  dates for filing the opposition and reply papers should be changed "in
3  order to facilitate ongoing settlement discussions between the
4  parties."  (Stipulation at 2.)  Therefore, the hearing on Skanska USA
5  Building, Inc.'s motion is continued to July 18, 2005, at 9:00 a.m.
6  Filings in connection with the motion are to be made in accordance
7  with Local Rule 78-230.
8          IT IS SO ORDERED.
9  Dated:  June 14, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge