IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>　　　　　　Defendant.<br>_____<br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>　　　　　　Counter-Defendant.<br>_____ | CIV. S-05-537 GEB GGH<br><br><u>ORDER RE OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER</u> |

　　　　Plaintiff's "Objection and Request for Clarification to Status (Pretrial Scheduling) Order" ("Objection") is erroneously premised on the notion that the parties unambiguously agreed that Plaintiff could file an amendment to its Complaint.  But the parties' Joint Status Report ("JSR") is vague on this point.  Specifically,

1 | Rogers-Quinn Construction, Inc. ("R.Q."), "agreed to stipulate to the
2 | amendment of the complaint provided that the amendments conform to
3 | prior communications Skanska has had with R.Q. concerning proposed
4 | amendments to the complaint."  (JSR at 2.)
5 |      Therefore, Plaintiff's objection is overruled.
6 |      IT IS SO ORDERED.
7 | DATED:  June 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge