1   S. MITCHELL KAPLAN (SBN: 95065)
    GORDON & REES LLP
2   Embarcadero Center West
    275 Battery Street, Suite 2000
3   San Francisco, CA 94111
    Telephone: (415) 986-5900
4   Facsimile: (415) 986-8054

5   Attorneys For: Plaintiff and Counter-Defendant
    SKANSKA USA BUILDING, INC.
6
7

**FILED**

JUL 0 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  SKANSKA USA BUILDING, INC., a Delaware )    CASE NO. CIV. S-05-537 GEB GGH
    corporation,                           )
11                                         )    STIPUATION TO RESCHEDULE THE
                         Plaintiff,        )    HEARING DATE ON THE MOTION
12                                         )    FOR SUMMARY ADJUDICATION,
                    v.                     )    OR IN THE ALTERNATIVE, FOR
13                                         )    PRELIMINARY INJUNCTION;
    ROGERS-QUINN CONSTRUCTION, INC., a     )    [PROPOSED ORDER]
14  California corporation,                )
                                           )
15                       Defendant.        )
                                           )
16  ROGERS-QUINN CONSTRUCTION, INC., a     )
    California corporation,                )
17                                         )
                         Counter-Claimant, )
18                                         )
                    v.                     )
19                                         )
    SKANSKA USA BUILDING, INC., a Delaware )
20  corporation,                           )
                                           )
21                       Counter-Defendant.)

22

23      Plaintiff and counter-defendant SKANSKA USA BUILDING, INC. ("SKANSKA"), and

24  defendant and counter-claimant ROGERS-QUINN CONSTRUCTION, INC. ("RQC"), through

25  their attorneys of record respectfully request that this Court reschedule SKANSKA'S Motion For

26  Summary Adjudication, Or In The Alternative, For Preliminary Injunction currently set for July

27  18, 2005 to August 1, 2005. The reason for this request is that counsel for

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  SKANSKA will be on vacation, which vacation was scheduled before the Court continued the

2  hearing on this motion from June 27, 2005 to July 18, 2005. In furtherance of this request, the

3  parties hereby stipulate to the following:

4

5

6      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

7  respective counsel of record, that the parties agree, subject to the Court's approval, to continue

8  the hearing on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For

9  Preliminary Injunction to August 1, 2005, at 9:00 a.m., in Court Room 10, in Sacramento.

10     **IT IS SO STIPULATED.**

11

12

13  Dated: June 28, 2005

14

                            GORDON & REES

15

                            By
16

                            S. MITCHELL KAPLAN
17                          Attorneys for Plaintiff and Counter-Defendant
                            SKANSKA USA BUILDING, INC.
18

    Dated: June 29, 2005
19

                            MUSICK, PEELER & GARRETT
20

21                          By

                            Gerard Smolin, Jr.
22                          Attorneys for Defendant and Counter-Claimant
                            ROGERS-QUINN CONSTRUCTION, INC.
23

24         IT IS HEREBY ORDERED, and GOOD CAUSE having been shown, that the

25  hearing date on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For

26  Preliminary Injunction currently set for July 18, 2005 in the above-captioned matter, be

27  rescheduled to August 1, 2005.

28  Dated: 6-29-05

                            UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111