S. MITCHELL KAPLAN (SBN: 95065)
JOHN L. CONDREY (SBN: 136538)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys For: Plaintiff and Counter-Defendant
SKANSKA USA BUILDING, INC.

FILED

JUL 1 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>    Defendant.<br>_____<br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>    Counter-Claimant,<br><br>v.<br><br>SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>    Counter-Defendant. | CASE NO. CIV. S-05-537 GEB GGH<br><br>STIPULATION TO RESCHEDULE THE HEARING DATE ON THE MOTION FOR SUMMARY ADJUDICATION, OR IN THE ALTERNATIVE, FOR PRELIMINARY INJUNCTION; [PROPOSED ORDER] |

Plaintiff and counter-defendant SKANSKA USA BUILDING, INC. ("SKANSKA"), and defendant and counter-claimant ROGERS-QUINN CONSTRUCTION, INC. ("RQC"), through their attorneys of record respectfully request that this Court reschedule SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For Preliminary Injunction currently set for August 1, 2005 to August 29, 2005. The reason for this request is that counsel in this matter are involved in settlement discussions. In furtherance of this request, the parties hereby stipulate to

-1-
Stipulation to Reschedule Hearing Date

the following:

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the parties agree, subject to the Court's approval, to continue the hearing on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For Preliminary Injunction to August 29, 2005, at 9:00 a.m., in Court Room 10, in Sacramento.

**IT IS SO STIPULATED.**

Dated: July 14, 2005

GORDON & REES

By _____
JOHN L. CONDREY for
S. MITCHELL KAPLAN
Attorneys for Plaintiff and Counter-Defendant
SKANSKA USA BUILDING, INC.

Dated: July ___, 2005

MUSICK, PEELER & GARRETT

By _____
Gerard Smolin, Jr.
Attorneys for Defendant and Counter-Claimant
ROGERS-QUINN CONSTRUCTION, INC.

IT IS HEREBY ORDERED, and GOOD CAUSE having been shown, that the hearing date on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For Preliminary Injunction currently set for August 1, 2005 in the above-captioned matter, be rescheduled to August 29, 2005.

Dated: 7-18-05

_____
UNITED STATES DISTRICT JUDGE

-2-
Stipulation to Reschedule Hearing Date

the following:

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the parties agree, subject to the Court's approval, to continue the hearing on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For Preliminary Injunction to August 29, 2005, at 9:00 a.m., in Court Room 10, in Sacramento.

**IT IS SO STIPULATED.**

Dated: July ___, 2005

GORDON & REES

By _____

S. MITCHELL KAPLAN
Attorneys for Plaintiff and Counter-Defendant
SKANSKA USA BUILDING, INC.

Dated: July 14, 2005

MUSICK, PEELER & GARRETT

By _____
Gerard Smolin, Jr.
Attorneys for Defendant and Counter-Claimant
ROGERS-QUINN CONSTRUCTION, INC.

IT IS HEREBY ORDERED, and GOOD CAUSE having been shown, that the hearing date on SKANSKA'S Motion For Summary Adjudication, Or In The Alternative, For Preliminary Injunction currently set for August 1, 2005 in the above-captioned matter, be rescheduled to August 29, 2005.

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE