IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>                    Defendant.<br>_____<br>ROGERS-QUINN CONSTRUCTION, INC., a California corporation,<br><br>                    Counter-Claimant,<br><br>          v.<br><br>SKANSKA USA BUILDING, INC., a Delaware corporation,<br><br>                    Counter-Defendant.<br>_____ | 2:05-cv-0537-GEB-GGH<br><br>ORDER |

          On October 3, 2005, Plaintiff filed a letter representing that the settlement agreement in this case should be finalized within 30 to 45 days.  Therefore, the September 13, 2005, Order requiring the parties to file a document or documents that effect dismissal of this action no later than October 3, 2005, is modified to allow the parties

until November 10, 2005, to file the dismissal document or documents. The final pretrial conference currently scheduled to be held November 13, 2005, is continued to December 19, 2005, at 2:30 p.m.  This should provide the parties time to file a document or documents that could effect dismissal before their Joint Pretrial Statement is due.  The parties shall file a Joint Pretrial Statement no later than December 12 if the above-referenced dismissal document has not been filed or lodged by that date.[1]

IT IS SO ORDERED.

Dated:   October 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint pretrial statement does not excuse the other parties from their obligation to timely file a pretrial statement in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the pretrial statement shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.